UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CATHERINE GOULD, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-cv-01219-NCC |
| THE PISA GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation for Dismissal (Doc. 22).  Pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with

prejudice with each party to bear their own fees and costs.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED, with prejudice**, with each

party to bear their own fees and costs.

Dated this 29th day of September, 2017.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE